Daro Weisburg
5701 E. Circle Drive
Suite 138
Cicero, NY 13039

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

SEP 2 7 2024

RECEIVED

RDC 03

EXPECTED DELIVERY DAY: 09/27/24

B006

SHIP TO:
PO BOX 7367
SYRACUSE NY 13261-7367

USPS TRACKING® #

9505 5122 7951 4269 1754 10

U.S. District Court
P.O. Box #7367
100 S. Clinton Street
Syracuse, NY 13261-7367

